### In re Eldon ROTH.

#### No. 2014–1162.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2014.

Russell D. Culbertson, The Culbertson Group, PC, of Austin, TX, argued for appellant.

Robert J. McManus, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Solicitor, Thomas W. Krause, Deputy Solicitor, and Joseph Matal, Associate Solicitor.

PROST, Chief Judge, MAYER and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**